

# IN THE
# TENTH COURT OF APPEALS

### No. 10-07-00370-CR

**RHONE LACY HAYWOOD,**

**Appellant**

**v.**

**THE STATE OF TEXAS,**

**Appellee**

**From the 54th District Court
McLennan County, Texas
Trial Court No. 2003-48-C2**

## MEMORANDUM OPINION

The trial court revoked Appellant Rhone Haywood's community supervision for felony DWI, sentencing him to five years in prison and a $500 fine. Haywood appeals this revocation in one issue on sufficiency-of-the-evidence grounds. We will affirm.

A trial court's revocation order is reviewed for abuse of discretion. *Rickels v. State*, 202 S.W.3d 759, 763 (Tex. Crim. App. 2006). A plea of true to any one alleged violation will support revocation of community supervision. *Atchison v. State*, 124 S.W.3d 755, 758 n.4 (Tex. App.—Austin 2003, pet. ref'd) (citing *Moses v. State*, 590

S.W.2d 469, 470 (Tex. Crim. App. 1979)); *see also Chasteen v. State*, No. 10-06-00071-CR, 2007 WL 1891435 (Tex. App.—Waco June 27, 2007, pet. ref'd) (mem. op.) (not designated for publication). To successfully overturn the trial court's revocation, the appellant must successfully challenge each finding that the revocation is based on. *Harris v. State,* 160 S.W.3d 621, 626 (Tex. App.—Waco 2005, pet. dism'd). An appellant cannot challenge a revocation finding on an allegation to which he pleaded true. *Id.*

The State's motion to revoke alleged eight violations of community supervision, and Haywood pleaded true to two (allegations 6 and 7) of them. The trial court found that Haywood violated allegations 1, 2, 4, 6, and 7. Because Haywood pleaded true to two of these alleged violations of community supervision that the revocation was based on, the trial court possessed sufficient evidence to revoke Haywood's community supervision and did not abuse its discretion. *See Moses*, 590 S.W.2d at 470; *see also Chasteen*, 2007 WL 1891435; *Lewis v. State*, 195 S.W.3d 205, 209 (Tex. App.—San Antonio 2006, no pet.).

We overrule Haywood's sole point of error and affirm the trial court's judgment.


REX D. DAVIS
Justice

Before Chief Justice Gray,
    Justice Reyna, and
    Justice Davis
Affirmed
Opinion delivered and filed August 19, 2009
Do not publish
[CR25]